UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                                            Chapter 13

Richard Sokoloff,                                                          Case No.

        Debtor.

------------------------------------------------------------X

## AFFIDAVIT OF NO PAY STUBS

STATE OF NEW YORK    )
                                  ss:
COUNTY OF NASSAU    )

Richard Sokoloff, being duly sworn deposes and states as follows:

1. I am the Debtor in this chapter 13 case. As such I have personal knowledge of the statements contained herein.

2. I understand that I am required to provide the Court with copies of my pay stubs for the last 60 days. I am self-employed and as such I do not have pay stubs.

_____
Richard Sokoloff

Sworn to before me on this
30 day of March, 2018

/s/ Angelo D. Urso
Notary Public
registration: 02UR6363923
Valid through: 9/05/21