UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                          Chapter 7

    RICHARD SOKOLOFF,                Case No. 18-71654-reg

                          Debtor.
-------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1.  On February 17, 2021, the Office of the United States Trustee, on behalf of Kenneth Kirschenbaum, Chapter 7 Trustee (the "Trustee") for the Estate of Richard Sokoloff, filed: (a) the Trustee's Final Report, Proposed Distribution, and Application for Compensation and Reimbursement of Expenses; and (b) the Application for Compensation and Reimbursement of Expenses for Kirschenbaum & Kirschenbaum, P.C., as attorneys for the Trustee (the "Motions").

2.  Contemporaneously with the Motions, the Trustee filed a Notice of Hearing on the Trustee's Final Report and the Applications by the Trustee and the attorneys for the Trustee for awards of compensation and reimbursement of expenses, scheduling a hearing for March 22, 2021.

3.  Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received not later than 7 days before the hearing date (the "Objection Deadline").

4.  The Objection Deadline has passed and no objections or other responsive pleadings to the Motions have been received by the Trustee or filed with the Court.  Accordingly, this Court may enter the proposed order granting the Motions without need for a hearing.

Dated: Garden City, New York
        March 16, 2021

                              **s/ Steven B. Sheinwald**
                              Steven B. Sheinwald
                              Kirschenbaum & Kirschenbaum, P.C.
                              200 Garden City Plaza, Suite 315
                              Garden City, New York 11530
                              *Counsel for Kenneth Kirschenbaum, Trustee*